UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GUY CUMMINGS,<br><br>Defendant. | Criminal Action No. 25-44 (JEB) |

## VERDICT FORM

How do you find the Defendant on the charge of Possession of a Firearm and Ammunition by a Person Previously Convicted of a Crime for which the Penalty was Greater than One Year?

_____✓_____ Guilty           _____ Not Guilty

███████████████
Foreperson

1